People of the State of Illinois, Defendant in Error, v. Michael Janoski, Plaintiff in Error.

Gen. Nos. 11,036, 11,037, 11,038. 

Second District.

February 21, 1957.

Released for publication March 11, 1957.

Harry Fins, and Rudolph A. Vasalle, for appellant; William L. Guild, State's Attorney, and William J. Bauer, Assistant State's Attorney, for appellee. Opinion by JUSTICE EOVALDI. Not to be published in full.